MARTIN ROTHBARTH et al., Appellants, *v.* FELIX HERZ-
FELD et al., Respondents.

*Rothbarth v. Herzfeld*, 179 App. Div. 865, affirmed.

(Argued February 28, 1918; decided March 19, 1918.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 22, 1917, which reversed an
order of Special Term denying a motion for a dismissal of
the complaint on the ground that two of the plaintiffs
were non-resident alien enemies and granted said motion
so far as to suspend the further prosecution of the action
by the plaintiffs during the continuance of the war.

The following question was certified: " Should the
prosecution of this action be suspended during the con-
tinuance of the war? "

*George H. Engelhard* for appellants.

*William N. Cohen* and *Bernard Naumburg* for
respondents.

Order affirmed, with costs, and question certified
answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, POUND and ANDREWS, JJ. Not sitting:
CARDOZO, J.